```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

MARLO CHARLES                                   CIVIL ACTION

VERSUS                                          NUMBER: 06-8108

N. BURL CAIN, WARDEN                            SECTION: "D"(5)


O R D E R


Presently before the Court is petitioner's "Application for Writ of Mandamus". (Rec. doc. 19).  Giving petitioner's pleading a liberal reading, he appears to be seeking an order from this Court directing the Thirty-Second Judicial District Court to, in turn, order the District Attorney for that Parish to file a response to a supplemental habeas memorandum pending in the state trial court. (Id.). Petitioner's application for mandamus relief is denied for the reason that federal courts possess no general powers to direct state courts and their judicial officers in the performance of their duties where mandamus is the only relief sought.  See Santee v. Quinlan, 115 F.3d 355, 357 (5th Cir. 1997); Russell v. Knight, 488 F.2d 96 (5th Cir. 1973); Moye v. Clerk, DeKalb County Superior

Court, 474 F.2d 1275 (5th Cir. 1973); Lamar v. 118th Judicial District Court of Texas, 440 F.2d 383 (5th Cir. 1971); Haggard v. State of Tennessee, 421 F.2d 1384 (6th Cir. 1970).

New Orleans, Louisiana, this  6th  day of    August   , 2008.

                                        ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE