
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL 28 AM 8: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARLO CHARLES      CIVIL ACTION

VERSUS      NUMBER: 06-8108

N. BURL CAIN, WARDEN      SECTION: "D" (5)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 23, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that the petition of Marlo Charles for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 27 day of July, 2009.

A. J. MCNAMARA
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___